IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PA CO-MAN, INC.,<br><br>        Debtor. | Bankruptcy No. 20-20422 JAD<br><br>Chapter 7 |
| KIND OPERATIONS, INC., as assignee of ROSEMARY C. CRAWFORD, Chapter 7 Trustee of the Estate of PA CO-Man, Inc.,<br><br>        Plaintiff,<br>v.<br><br>CADENCE BANK, N.A. f/k/a ALOSTAR CAPITAL FINANCE and PETER TSUDIS,<br><br>        Defendants. | **Consolidated at Adv. Pro. No. 21-02061-JAD**<br><br><br>Related to Doc. #104 |
| KIND OPERATIONS, INC. as assignee of ROSEMARY C. CRAWFORD, Chapter 7 Trustee of the Estate of PA CO-Man, Inc.,<br><br>        Plaintiff,<br>v.<br><br>AOG, LLC, and AUA PRIVATE EQUITY PARTNERS, LLC,<br><br>        Defendants. | Adv. Pro. No. 21-02075-JAD |
| KIND OPERATIONS, INC. as assignee of ROSEMARY C. CRAWFORD, Chapter 7 Trustee of the Estate of PA CO-Man, Inc.,<br><br>        Plaintiff,<br>v.<br><br>BANK HAPOALIM B.M.,<br><br>        Defendant. | Adv. Pro. No. 21-02076-JAD |

**STIPULATION BETWEEN PLAINTIFF AND CADENCE BANK, N.A. TO EXTEND THE RESPONSE DEADLINE TO CADENCE BANK N.A.'S FIRST REQUEST FOR ADMISSIONS AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

KIND Operations, Inc. as assignee of Rosemary C. Crawford, Chapter 7 Trustee of the Estate of PA CO-Man, Inc. (the "Plaintiff") and Cadence Bank, N.A. f/k/a AloStar Capital Finance ("Cadence Bank" and, together with Plaintiff, the "Parties"), hereby submit this Stipulation to Extend the Response Deadline to Cadence Bank's First Request for Admissions and Requests For Production:

1. On October 28, 2021, Cadence Bank served its *First Request for Admissions and Requests For Production* (the "Discovery Requests") on Plaintiff.

2. The Parties have engaged in discussions regarding the timing of Plaintiff's responses to the Discovery Requests and have agreed that the time within which Plaintiff may respond to the Discovery Requests should be extended to and including December 15, 2021.

Dated: November 24, 2021

**STIPULATED TO BY:**

| | |
|---|---|
| For Cadence Bank, N.A. f/k/a AloStar Capital Finance | For KIND Operations, Inc. as assignee of Rosemary C. Crawford, Chapter 7 Trustee of the Estate of PA CO-Man, Inc. |
| **RIEMER & BRAUNSTEIN LLP** | **BERNSTEIN-BURKLEY, P.C.** |
| By: /s/ *Jeffrey D. Ganz* | By: /s/ *Arthur W. Zamosky* |
| Jeffrey D. Ganz (pro hac vice) | Kirk B. Burkley, Esq. |
| Riemer & Braunstein LLP | PA I.D.: 89511 |
| 100 Cambridge Street, 22nd Floor | John J. Richardson, Esq. |
| Boston, MA 02114 | PA I.D.: 86045 |
| Tel: 617-880-3568 | Arthur W. Zamosky, Esq. |
| Email: jganz@riemerlaw.com | PA I.D.: 86514 |
| | 601 Grant Street, 9th Floor |
| and | Pittsburgh, PA 15219 |
| | Phone: (412) 456-8100 |
| Timothy P. Palmer | Fax:   (412) 456-8135 |
| PA Bar I.D. No. 86165 | Email: kburkley@bernsteinlaw.com |

Buchanon Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Ste. 200
Pittsburgh, PA 15219
Tel: 412-562-8800
Email: timothy.palmer@bipc.com

Email: jrichardson@bernsteinlaw.com
Email: azamosky@bernsteinlaw.com

SO ORDERED,

Dated:    11/24/2021

_____ sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
11/24/21 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA